UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Securities Investor Protection Corporation :
:
    Plaintiff :
:
v. : Civil Action No. 02-CV-3841
:
Selheimer & Co. :
:
    Defendant :

PROOF OF SERVICE

Copies of the following documents were served on the persons named, at the addresses shown, and on the dates and in the manner indicated on Exhibit A attached hereto:

(1)     Order to Show Cause dated June 19, 2002

(2)     Declaration of Kevin Bell filed June 19, 2002

(3)     Memorandum of Law filed June 19, 2002

(4)     Complaint and Application filed June 19, 2002

(5)     Form of Order submitted June 19, 2002

Dated: June 25, 2002

                                                             Warren T. Pratt  # 38297
                                                             Drinker Biddle & Reath LLP
                                                             One Logan Square
                                                             Philadelphia, PA  19103-6996
                                                             Telephone 215-988-2677
                                                             Fax 215-988-2757

                                                             Attorney for Plaintiff

PHLIT\400984\1

## Proof of Service

| Person Served | Date Served | Manner of Service |
|---|---|---|
| Peter L. Cardamone<br>1075 Butler Pike<br>Blue Bell, PA 19422 | June 20, 2002 | By Handing to wife Clair Cardamone |
| Ernest Grothe<br>2515 Devonshire Court<br>Lansdale, PA 19446 | June 20, 2002 | By Handing to Ernest Grothe |
| Preston Heckler<br>648 Upper State Road<br>North Wales, PA 19454 | June 24, 2002 | By Handing to Jean Heckler, Wife |
| Edward G. Murphy, III<br>1252 Meetinghouse Road<br>Lower Gwynedd, PA 19002 | June 21, 2002 | By Handing to 2 Jim Gabline Adult in Charge |
| Perry N. Selheimer<br>264 N. Ridge Avenue<br>Ambler, PA 19002 | June 20, 2002 | By Handing to Perry N. Selheimer |
| Edward Suarez<br>2101 Walnut Street<br>Philadelphia, PA 19103 | June ___, 2002 | See other affidavit. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2002

_W. Deni_
Signature of Server

Name of Server (Please Print):

William Deni

Address of Server:

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

PHLIT\400984\1

## Proof of Service

| Person Served | Date Served | Manner of Service |
|---|---|---|
| Peter L. Cardamone<br>1075 Butler Pike<br>Blue Bell, PA 19422 | June ___, 2002 | |
| Ernest Grothe<br>2515 Devonshire Court<br>Lansdale, PA 19446 | June ___, 2002 | |
| Preston Heckler<br>648 Upper State Road<br>North Wales, PA 19454 | June ___, 2002 | |
| Edward G. Murphy, III<br>1252 Meetinghouse Road<br>Lower Gwynedd, PA 19002 | June ___, 2002 | |
| Perry N. Selheimer<br>264 N. Ridge Avenue<br>Ambler, PA 19002 | June ___, 2002 | |
| Edward Suarez<br>2101 Walnut Street<br>Philadelphia, PA 19103 | June 20, 2002 | by handing to Helen Haney (front desk) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2002

_Russell D'Alonzo_
(Signature of Server)

Name of Server (Please Print):
_Russell D'Alonzo_

Address of Server:
1617 JFK Blvd Suite 1045
Phila., PA. 19103

PHLIT\400984\1